**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**LONNIE MIRACLE, JR.**                                                                                          **PLAINTIFF**

V.                                            No. 4:07CV00787 WRW-BD

**SALINE COUNTY DETENTION**
**FACILITY**                                                                                                              **DEFENDANT**

## ORDER

Plaintiff brings a pro se Complaint (#2) under 42 U.S.C. § 1983 for alleged violations of his civil rights while a detainee in the Saline County Detention Facility. He also submitted a motion to proceed *in forma pauperis*, but the required financial information and affidavit by an authorized institutional officer was not attached (#1).

By Order of September 9, 2007 (# 3), Plaintiff was directed to file an Amended Complaint and submit proper and complete *in forma pauperis* documentation. On September 17, 2007, Plaintiff filed his Amended Complaint (#6) and stated that he was unable to obtain the financial calculations and affidavit from the authorized officer.

The Clerk of the Court is directed to send a copy of this Order by certified mail, along with a Certificate and a Calculation of Initial Payment of Filing Fee, to the Director of the Campbell County Detention Center, 601 Central Avenue, Newport, Kentucky, 41071. The forms should be completed and signed by the authorized representative at the Campbell County Detention Center and returned to the Court on or before October 15, 2007.

IT IS SO ORDERED this 19th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE