# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LONNIE MIRACLE, JR.**                                                                           **PLAINTIFF**

**V.**                              **No. 4:07CV00787 WRW-BD**

**SALINE COUNTY DETENTION**
**FACILITY, et al.**                                                                              **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Defendants' Motion for Summary Judgment (#29) is GRANTED and all claims are DISMISSED with prejudice.

IT IS SO ORDERED, this 27th day of March, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE